PRISCILLA CRAWFORD, as Executrix of WILLIAM J. CRAWFORD, Deceased, Respondent, *v.* ISABELLA MCCARTHY, Appellant.

(Submitted October 2, 1899; decided October 10, 1899.)

Motion for reargument denied, with ten dollars costs. (See 159 N. Y. 514.)

———————

LOTTIE LICHTENSTEIN, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Submitted October 2, 1899; decided October 10, 1899.)

Motion for reargument denied, with ten dollars costs. (See 159 N. Y. 500.)

———————

HIRAM TOMPKINS, Respondent, *v.* CORNELIUS SHEEHAN, Appellant.

(Submitted October 2, 1899; decided October 10, 1899.)

Motion for reargument denied, with ten dollars costs. (See 158 N. Y. 617.)

———————

EMMANUEL BRONNER, Respondent, *v.* CHARLES BROADWAY ROUSS, Appellant.

(Argued October 2, 1899; decided October 10, 1899.)

Motion to vacate order dismissing appeal for want of prosecution granted, without costs.

———————

FREDERICK KALFUR, an Infant, by FREDERICK W. KALFUR, his Guardian ad Litem, Respondent, *v.* THE BROADWAY FERRY AND METROPOLITAN AVENUE RAILROAD COMPANY, Appellant.

(Argued October 2, 1899; decided October 10, 1899.)

Motion to amend return denied, without costs.